UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES - GENERAL**

| Case No. | CV 24-8905-GW-SKx | Date | December 30, 2024 |
|---|---|---|---|
| Title | *Cesar Acevedo v. Russell Babaie, et al.* | | |

| Present: The Honorable | GEORGE H. WU, UNITED STATES DISTRICT JUDGE |
|---|---|

| Javier Gonzalez | None Present | |
|---|---|---|
| Deputy Clerk | Court Reporter / Recorder | Tape No. |

| Attorneys Present for Plaintiffs: | Attorneys Present for Defendants: |
|---|---|
| None Present | None Present |

**PROCEEDINGS:** IN CHAMBERS - ORDER TO SHOW CAUSE RE SETTLEMENT

On December 30, 2024, Plaintiff Cesar Acevedo filed a Notice of Settlement [14]. The Court vacates all currently set dates, with the expectation that a dismissal will be filed within 30 days. The Court sets an order to show re: settlement hearing for February 3, 2025 at 8:30 a.m. The hearing will be vacated provided a stipulation to dismiss is filed by noon on January 30, 2025.

:

Initials of Preparer   JG